# UNITED STATES COURT OF INTERNATIONAL TRADE

*Before*:  The Honorable Jane A. Restani

| | |
|---|---|
| **Shelter Forest International Acquisition, Inc., et al.,** <br>                 Plaintiffs, <br>    and <br><br> **Taraca Pacific, Inc., Liberty Woods International, Inc., MJB Wood Group, Inc., Patriot Timber Products, Inc., Shanghai Futuwood Trading Co., Ltd., Linyi Glary Plywood Co., Ltd., Far East American, Inc.,** <br><br>                 Plaintiff-Intervenors, <br><br>              v. <br> **United States,** <br>                 Defendant, <br>    and <br><br> **Coalition for Fair Trade in Hardwood Plywood** <br><br>                 Defendant –Intervenor. | **Consol. Court No. 19-00212** |

## PLAINTIFFS' COMMENTS IN SUPPORT OF COMMERCE'S REMAND REDETERMINATION RESULTS

Pursuant to the Court's Order, dated April 9, 2021, ECF No. 80, we hereby provide these comments of Plaintiffs Shelter Forest in support of the U.S. Commerce Department's Final Results of Redetermination Pursuant to Remand Order ("Remand Redetermination"), ECF No. 81.

Shelter Forest's comments can be brief and straightforward.  First, the Department's Remand Redetermination fully complies with the decision and remand instructions of this Court in Slip Op. 21-19, dated February 18, 2021.

And second, the new substantive decision set forth in the Department's Remand Determination rendering a <u>negative circumvention determination</u> fully reflects the evidentiary record before the Department and the applicable law.  Specifically, the complete evidentiary record before the Department fully demonstrates that Shelter Forest imported and sold "inquiry merchandise" prior to December 2016 and therefore the "inquiry merchandise" cannot lawfully be considered as "later-developed" merchandise.

Accordingly, Plaintiffs Shelter Forest respectfully urge this Court to affirm Commerce's Remand Redetermination.

Respectfully Submitted,

<u>/s/ Daniel L. Porter</u>

Daniel L. Porter
James P. Durling

**Curtis, Mallet-Prevost, Colt & Mosle LLP**
1717 Pennsylvania Avenue, NW
Washington, DC, 20006

*Counsel for Plaintiffs*

June 4, 2021