IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **SHELTER FOREST INTERNATIONAL ACQUISITION, INC.**, *et al.*,<br><br>                Plaintiffs,<br>   and<br>**IKEA SUPPLY AG**,<br><br>                Consolidated Plaintiff,<br>   and<br>**TARACA PACIFIC, INC.**, *et al.*,<br><br>                Plaintiff-Intervenors,<br>   v.<br>**UNITED STATES**,<br><br>                Defendant,<br>   and<br>**COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD**,<br><br>                Defendant Intervenor. | Before: Hon. Jane A. Restani,<br>         Senior Judge<br><br>Consol. Court No. 19-00212 |

## NOTICE OF APPEAL

Notice is hereby given that the Coalition for Fair Trade in Hardwood Plywood, Defendant-Intervenor in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Shelter Forest International Acquisitions v. United States*, Consol. Ct. No. 19-00212, slip op. 21-90 (Ct. Int'l Trade July 21, 2021), ECF No. 96; Judgment Order, Consol. Ct. No. 19-00212 (Ct. Int'l Trade July 21, 2021), ECF No. 97.

**Consol. Court No. 19-00212**

                                              Respectfully submitted,

                                              */s/ Timothy C. Brightbill*
                                              Timothy C. Brightbill, Esq.
                                              Tessa V. Capeloto, Esq.
                                              Stephanie M. Bell, Esq.
                                              Elizabeth S. Lee, Esq.

                                              **WILEY REIN LLP**
                                              1776 K Street, NW
                                              Washington, DC 20006
                                              (202) 719-7000

                                              *Counsel for the Coalition for Fair Trade*
                                              *in Hardwood Plywood*

Dated:  August 12, 2021