# United States Court of Appeals for the Federal Circuit

_____

**SHELTER FOREST INTERNATIONAL ACQUISITION, INC., XUZHOU SHELTER IMPORT & EXPORT CO., LTD., SHANDONG SHELTER FOREST PRODUCTS CO., LTD., IKEA SUPPLY AG, TARACA PACIFIC, INC., PATRIOT TIMBER PRODUCTS, INC., SHANGHAI FUTUWOOD TRADING CO., LTD., LINYI GLARY PLYWOOD CO., LTD., FAR EAST AMERICAN, INC.,**
*Plaintiffs-Appellees*

**LIBERTY WOODS INTERNATIONAL, INC., MJB WOOD GROUP, INC., AKA MJB WOOD GROUP, LLC,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant*

**COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD,**
*Defendant-Appellant*

_____

2021-2281

_____

Appeal from the United States Court of International Trade in No. 1:19-cv-00212-JAR, Senior Judge Jane A. Restani.

———————————

## MANDATE

———————————

In accordance with the judgment of this Court, entered June 15, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

                                          FOR THE COURT

<u>July 22, 2022</u>              <u>/s/ Peter R. Marksteiner</u>
     Date                   Peter R. Marksteiner
                                 Clerk of Court